IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CONSTANTINO MORALES REYES,

     *Petitioner,*

     v.

J.L. JAMISON, *et al.*

     *Respondents.*

Case No. 2:26-2047

## STIPULATION AND ORDER

Petitioner is a non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on March 28, 2026 (Doc. No. 1).

To expeditiously resolve the petition, the parties hereby stipulate and agree to waive a hearing and oral argument and respectfully request that the Court decide the petition for a writ of habeas corpus on the papers at the Court's earliest convenience.

Dated:  April 2, 2026

So stipulated and respectfully submitted,

DAVID METCALF
United States Attorney

*/s/  Christopher Setz-Kelly*
CHRISTOPHER P. SETZ-KELLY, ESQ.
HIAS Pennsylvania
P.O. Box 8668
Philadelphia, PA 19101
Phone: (267) 346-8069
Email: csetz@hiaspa.org

*Counsel for Petitioner*

*/s/ Lauren DeBruicker*
LAUREN DeBRUICKER
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8492
Email:  Lauren.DeBruicker@usdoj.gov

*Counsel for Respondents*

1

AND NOW, upon consideration of the parties' stipulation, it is hereby

**ORDERED** that the petition for a writ of habeas corpus will be decided on the

papers and without a hearing or oral argument.

BY THE COURT

Dated: April 3, 2026

/s/ Joseph F. Leeson, Jr.

JOSEPH F. LEESON, JR.
United States District Judge

2